

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00639-CV

Paul **COOK**, et al.,
Appellants

v.

**CHICAGO TITLE OF TEXAS LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022CV01277
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: December 7, 2022

DISMISSED

By letter dated September 28, 2022, appellant was instructed to pay the $205.00 filing fee for this appeal. Our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* Tex. R. App. P. 5, 20. On October 20, 2022, this court ordered appellant to show cause in writing by October 27, 2022, that the filing fee had been paid. Appellant was advised that if he failed to respond within the time provided, this appeal would be dismissed for failure to pay the filing fee. *See* Tex. R. App. P. 5, 42.3(c). Appellant did not respond or pay the filing fee. Accordingly, this appeal is dismissed for failure to pay the filing fee. *See id*.

PER CURIAM